UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN -7 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Marla J Koentop )
_____ )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
 )
v. )
 )  1:13-cv-00125
JPMorgan Chase Bank, N.A. )  Judge Rebecca R. Pallmeyer
 )  Magistrate Judge Susan E. Cox
Daniel M. Weaver )
 )
Sean Barrett )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is  Marla J Koentop  of the county of  Kane  in the state of  Illinois .

3. The defendant is  Daniel M. Weaver, Sean Barrett, D.M. JPMorgan Chase Bank, N.A. , whose street address is  7610 W. Washington St. 
(city) Indianapolis  (county) _____ (state) IN  (ZIP) 46231-1335
       Oswego              Kendall           IL        60543
       Naperville          DuPage            IL        60540
(Defendant's telephone number) (317) - 758 - 7422
       Daniel Weaver        312  231  8551

4. The plaintiff sought employment or was employed by the defendant at (street address)
  5 N Randall Road  (city) Batavia 
(county) Kane  (state) IL  (ZIP code) 60510

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) May, (day) 1, (year) 2012.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) Sept (day) 19 (year) 2012.

    (ii) ☒ the Illinois Department of Human Rights, on or about

    on or about (month) October (day) 31 (year) 2012.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

   (i) Complaint of Employment Discrimination,

   ☐ YES   ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision

   ☐ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) October (day) 10 (year) 2012 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a) ☒ Age (Age Discrimination Employment Act).

   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): REDUCED WORK AND DUTIES AFTER RETURN FROM FMLA Leave of Absence Aug. 31, 2012

4

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

   SEE ATTACHED _____

   _____

   _____

   _____

   _____

   _____

   _____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Marla J Koentop*

(Plaintiff's name)

MARLA J KOENTOP

(Plaintiff's street address)

1371 CRABAPPLE COURT

_____

(City) BATAVIA     (State) IL     (ZIP) 60510

(Plaintiff's telephone number) (630) – 406.6041

Date: ~~Dec 15 2012~~ 01.07.2013

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2012-05639 |
|---|---|---|

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Marla J. Koentop | (630) 406-6041 | 11-13-1958 |

Street Address: 1371 Crabapple Court, Batavia, IL 60510

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JPMORGAN CHASE BANK | (500 or More) | (630) 406-5500 |

Street Address: 5 North Randall Road, Batavia, IL 60510

RECEIVED EEOC SEP 19 2012 CHICAGO DISTRICT OFFICE

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 06-15-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or around August 20, 2007. My last position was Sales Service Associate. Respondent was aware of my disability. During my employment, I was subjected to different terms and conditions of employment, including, but not limited to, being excluded from staff meetings and given different assignments. I applied for the position of Personal Banker and was not selected whereas a younger individual was selected. I requested a reasonable accommodation which was not provided. I was constructively discharged on or around June 15, 2012.

I believe I have been discriminated against because of my age, 53, (Date of Birth: November 13, 1958), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I believe I have been discriminated against because of my disability, and in retaliation, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 19, 2012 — Date / Charging Party Signature *(signed)*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Marla J. Koentop<br>1371 Crabapple Court<br>Batavia, IL 60510 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-05639 | Gabrielle Perez,<br>Investigator | (312) 869-8079 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     9/25/12
John P. Rowe,                             (Date Mailed)
District Director

Enclosures(s)

cc:    **JPMORGAN CHASE BANK**

Complaint of Employment Discrimination                                    Marla J Koentop

13. The facts of the plaintiff's claim of discrimination are as follows.

- Age Discrimination  Personal Banker position, one of two postings, for my branch, was given to a younger female candidate, with no banker experience and I was given information to substantiate my not being chosen for the position that the first female candidate had satisfactory sales numbers when in fact was with the bank less than 4 months and accrued substantially low numbers that did not qualify her for the required incentive bonus.

- Age Discrimination  The position of Chase Private Client Sales Associate for Financial Advisor was given to a younger female candidate, half my age, who did not post for the position, and does not have the experience nor education that I possess.  I applied for and interviewed for the position in March 2012, with a hold put on the decision until June 2012.  Then received an email for me to congratulate the candidate for her new role as the CPC Sales Associate.

- Retaliation /Age Discrimination  A mandatory reduction in my job duties and exclusion  from earning monthly bonus from the incentive pool[since my return from FMLA leave of absence August 31, 2011]. My duties were reduced to answering the phone 90per cent of my work day and 10 per cent of the work day to be on the teller line.  My position as Sales and Service Associate involved my working in support of  the bank platform working with customer service issues, working on customer fraud issues, closing loans, working with customer service areas in Chase Home Finance, Chase Auto Finance, Legal Department, and customer service with investments, credit card services, and additional banking center operations as assigned.  This continued through June 15, 2012. During which time, I addressed this matter with the District Manager Sean Barrett, who said he would help me

13. The facts supporting the plaintiff's claim…..continued          Koentop

promote from the Sales and Service Associate position in order for me to utilize my college degree and Paralegal certificate. Additionally, during that time of my job duties change I addressed my not getting "duties" completed that I knew I was responsible for and that appeared on my year end review; i.e I was put in a position of not having the time in the day to complete my "true" job description, and then suffered reprimand on my annual review, thus causing a lower bonus and offensive work environment.

- <u>Age Discrimination</u> I was excluded from platform staff meetings and information pertaining to company and branch office procedures in effect causing an offensive work environment. The largest platform roll-out for Chase Private Client was scheduled, and I was excluded from the information meetings again causing an offensive work environment. As Sales and Service Associate it was part of my job to be liaison between customers and the Chase Private Client banker/s, area.

- <u>Disability</u> I was not given a reasonable accommodation for my disability resulting in a condition that warranted hospitalization from the workplace; potentially a life-threatening condition of hypoglycemia[ June 9, 2012]. I was not instructed by anyone in management of the protocols in which to make contact with the health benefits of Chase via my manager.